668

JEAN WROBLEWSKI, Appellant, v. OTIS ELEVATOR COMPANY, Respondent.— Motion for leave to prosecute appeal as a poor person granted and the appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. On his consent, A. D. Robert Jones, Esq., is assigned as counsel for plaintiff-appellant. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.